**MEMO ENDORSED**

**Federal Defenders**
OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, NY 10007
Tel: (914) 428-7124 Fax: (914) 948-5109

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 25, 2025

The Honorable Nelson S. Román
United States District Court Judge
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

    Re:   **United States v. Jacob Ruffin**
            **25-Cr-00102 (NSR) and 21-cr-00195 (NSR)**

Dear Honorable Román:

    I represent Jacob Ruffin in the above referenced case. Yesterday, I visited Mr. Ruffin at MDC and he informed me that he would like to make an application for a new attorney. As such, I ask that the Court please schedule a hearing for Mr. Ruffin to seek new counsel. In order to ensure that Mr. Ruffin's rights are protected, I also ask that the Court temporary pause the motion schedule, which currently provides that defense motions should be submitted by June 30, 2025.

    Respectfully submitted,

    /s/

    Benjamin Gold
    Assistant Federal Defender

cc:    AUSA Shaun Werbelow

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2025

**In light of Defendant's request for appointment of new counsel, Defense counsel's request to temporarily pause the motion briefing schedule is GRANTED. An Attorney Appointment Hearing for both referenced cases is scheduled for July 2, 2025 at 11:00 am. Clerk of Court is requested to terminate the motion at ECF No. 13 in 25cr102.**
**Dated: White Plains, NY**
         **June 27, 2025**    SO ORDERED:

HON. NELSON S. ROMÁN
UNITED STATES DISTRICT JUDGE